On appeal from order in habeas corpus proceedings denying bail, it is not the court's custom to discuss the evidence.

[Ed. Note.—For other cases, see Habeas Corpus, Cent. Dig. § 114; Appeal and Error, Cent. Dig. § 3400.]

Appeal from District Court, Bexar County; W. S. Anderson, Judge.

Writ of habeas corpus by L. D. Webster to secure release on bail. From an order denying him bail, he appeals. Affirmed.

Jno. D. Robinson, of San Antonio, for appellant. E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a denial of bail by the court below on a hearing under a writ of habeas corpus after indictment found.

It is the custom of this court not to discuss the evidence in cases of this kind. We have carefully considered the evidence, and in our opinion as the record is presented we must affirm the judgment of the trial court denying bail.

The judgment is therefore affirmed.

---

## FULPS v. STATE. (No. 4375.)

(Court of Criminal Appeals of Texas. Feb. 28, 1917.)

CRIMINAL LAW ⬅1090(1)—APPEAL—ABSENCE OF STATEMENT OF FACTS AND BILL OF EXCEPTIONS.

In the absence of a statement of facts or bill of exceptions, there is nothing to review on appeal from a conviction of crime.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2805–2807.]

Appeal from Criminal District Court, Dallas County; Robt. B. Seay, Judge.

Toby Fulps was convicted of arson, and he appeals. Judgment affirmed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J. This is an appeal from a conviction for arson with the lowest penalty assessed.

There is no statement of facts, nor any bill of exceptions, and nothing to review.

The judgment is therefore affirmed.